# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| United States of America<br>v.<br><br>MARGARET KEEFE<br>*Defendant* | Case No. 11-CR-226 |

*U.S. DISTRICT COURT<br>EASTERN DISTRICT-WI<br>FILED*

*2011 OCT 28 P 2: 17*

*JON W. SANFILIPPO<br>CLERK*

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

| Place: | United States District Court<br>517 E. Wisconsin Avenue<br>Milwaukee, WI 53202 | Courtroom No.: 282 |
|---|---|---|
| Before: | Honorable Patricia J. Gorence | Date and Time: November 17, 2011 at 2:00 p.m. |

This offense is briefly described as follows: Title 18 U.S.C. Section 1343 & 2 Fraud by wire

Date: October 20, 2011

*Kathleen A. Fink, Deputy Clerk*
*Signature*

JON W. SANFILIPPO, Clerk, U.S. District Court
By: Kathleen A. Fink, Deputy Clerk
*Printed name and title*

---

### Proof of Service

This summons was received by me on *(date)* 10/21/11.

☒ I personally served the summons on this MARGARET KEEFE at *(place)* 11077 W Forest Home #331 on *(date)* 10/24/11; or

☐ On *(date)* _____, I left the summons at the defendant's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, and mailed a copy to the defendant's last known address; or

☐ The summons was returned unexecuted because _____.

I declare under penalty of perjury that this information is true.

Date returned: 10/25/11

*Server's signature*

CHRIS HOOVER DUSM
*Printed name and title*