# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

v.

**MARGARET KEEFE**

**ARRAIGNMENT AND PLEA HEARING**

CASE NUMBER 11-CR-226

---

| | |
|---|---|
| HONORABLE Patricia J. Gorence, presiding | Court Reporter: |
| Deputy Clerk: Kathy Fink | Hearing Began:  9:35:10 |
| Hearing Held: November 17, 2011 at 9:30 a.m. | Hearing Ended:  9:43:10 |

**Appearances:**

UNITED STATES OF AMERICA by:  Lisa A. Wesley & IRS agent also present

MARGARET KEEFE, in person, and by:  Robert G. LeBell  ☐ CJA  ☐ FDS  ☒ RET

, in person, and by:  ☐ CJA  ☐ FDS  ☐ RET

, in person, and by:  ☐ CJA  ☐ FDS  ☐ RET

U.S. PROBATION OFFICE by: Joseph L. Madia

INTERPRETER:  ☐ None  ☐ Sworn

☒ Original Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Misdemeanor  ☐ Felony

| | | | |
|---|---|---|---|
| Speedy Trial Date: | Jan. 26, 2012 | Trial Estimate: | 4 days |
| Final Pretrial Date: | Jan.12, 2012 at 1:30 p.m. | Voir Dire: | |
| Jury Trial Date: | Jan. 23, 2012 at 10:00 a.m. | Motions Due: | 12/2/11 |
| District Judge: | Lynn Adelman | Responses Due: | 12/12/11 |
| Magistrate Judge: | Nancy Joseph | Replies Due: | 12/16/11 |

☐ Defendant advised of rights
☐ Court orders counsel appointed
  ☐ Defendant to reimburse at $ _____ per month

☐ Defendant advised of charges, penalties, and fines

☒ Copy of indictment received by defendant
☐ ☐ Indictment read; or ☐ Defendant waives reading
☒ Not guilty plea entered by:
  ☒ defendant  ☐ the court

☒ Open file policy applies
  Discovery available: to counsel today
  ☐ Court discussed ~~availability for incarcerated~~ defendants

☒ Government to disclose GJ materials one day prior to trial

☐ Case designated complex
  ☐ Scheduling conference set for:
  _____
  before ☐ AEG  ☐ PJG  ☐ WEC ☐ NJ

**Maximum Penalties:** deft. is charged in 4 counts of wire fraud - faces 20 yrs. impr. $250,000 fine 3 yrs SR & $100 SA as to each count.  As to bail there is no objection by the govt. to O/R bond.  Defense concurs.  Atty. Le Bell advises the court that he represented a former client & has advised that client as well as deft. Keefe regarding any conflict.  Atty. LeBell will file a waiver w/the court as to any conflict in this case regarding representation.

**Bond Status:**

☐       Defendant is ordered detained pending trial.  SEE Order of Detention Pending Trial

☐       Court orders federal detainer

☐       Defendant is ordered temporarily detained for a maximum of :   ☐ 3 days   ☐ 5 days   ☐ 10 days
            Detention Hearing set for: _____

☐       Defendant detained but court will review upon motion proposing conditions of release

☐       Bond continued as previously set

☐       Detention continued as previously set

☒       Defendant is released on:    ☒   O/R bond    ☐ Unsecured bond in the amount of:_____
                             ☐ Bond secured by: ☐   Cash     ☐   Property     ☐   Cash/property

**Conditions of Release:**

☒       Report to Pretrial Services as directed

☐       Execute appearance bond:
            ☐ Cash only _____
            ☐ Property only: Value: $_____    Location:   _____
            ☐ Cash or property: _____

☐       Seek/maintain employment

☐       Surrender passport to:   _____

☐       Obtain no passport

☒       Travel restricted to:   ☒ ED-WI   ☐   _____

☐       No direct or indirect  contact with:   _____
            _____

☐       Undergo medical/psychiatric treatment: _____

☐       No firearms/weapons

☐       No excessive use of alcohol    ☐ No alcohol

☐       No use, or illegal possession, of narcotic drugs/controlled substances, unless prescribed by a physician
            or other licensed medical practitioner

☐       Notify any medical provider of drug addiction

☐       Furnish PTS with a list of prescribed medications

☐       Testing for drugs/alcohol

☐       Inpatient drug treatment _____

☐       Outpatient drug treatment s directed by PTS

☐       Home confinement:
            ☐ Curfew: ☐   as directed by USPO; or   ☐   from:   _____
            ☐ Home detention with EM with restriction to residence at all times except for employment, education,
               religious services, medical, substance abuse or mental health treatment, attorney visits, court appearances,
               court-ordered obligations, or other activities approved in advance by USPO
            ☐ Home detention with electronic monitoring
            ☐ Defendant to pay cost of EM as directed by PTS

☐

☐

☐