

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of Wisconsin*

*517 East Wisconsin Avenue*   *414 / 297-1700*
*Milwaukee, WI 53202*

December 19, 2011

Honorable Nancy Joseph
United States Magistrate Judge
517 E. Wisconsin Avenue
Milwaukee, WI 53292

     Re:    US v. Margaret Keefe
               Case No. 11-CR-226

Judge Joseph:

      The defendant filed two timely pretrial motions in this case. On December 7, 2011, the defendant filed a motion to disclose any Rule 404(b) evidence that the government intends to introduce at trial. On December 12, 2011, the defendant filed a motion to sever from her co-defendant citing a *Bruton* issue. A separate response will be filed on or before December 27, 2011 addressing severance. This letter serves as the government's response only to the defendant's motion regarding disclosure of potential Rule 404(b) evidence.

      On December 9, 2011, the government met with opposing counsel and all other acts evidence, if not provided directly to counsel, has been made available. Further, should the government attempt to introduce such evidence at trial, a notice detailing the specific other acts evidence will be provided to counsel seven days before trial.

                                           Sincerely,

                                           JAMES L. SANTELLE
                                           United States Attorney

                    By:    /s/ Lisa Wesley

                                           LISA WESLEY
                                           Assistant United States Attorney