# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
    Plaintiff,

v.                                           Case No. 11-CR-226

**BILLY CANNON and MARGARET KEEFE**
    Defendants.

## SCHEDULING ORDER

**IT IS ORDERED** that defendants' requests to adjourn the final pre-trial and trial are **GRANTED**. For the reasons stated in defendants' submissions, the court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

**IT IS FURTHER ORDERED** that this matter is scheduled for **TELEPHONIC STATUS** on **Thursday, March 1, 2012, at 3:30 p.m.** The court will at that time address further scheduling and defendant Keefe's progress in treatment.

Dated at Milwaukee, Wisconsin, this 6th day of January, 2012.

                                        /s Lynn Adelman
                                        _____
                                        LYNN ADELMAN
                                        District Judge