# Law Offices of Kimberly Powers, S.C.

PO Box 447
Brookfield, WI 53008
Phone: 262-786-7700
Facsimile: 877-554-6136



RECEIVED SEP 25 2012
U.S. DIST COURT EAST DIST WISC
CHAMBERS OF JUDGE LYNN ADELMAN

September 18, 2012

Honorable Lynn Adelman
Federal Court House
517 East Wisconsin Ave
Milwaukee, WI 53202

    Re:   United States of America v Billy Joe Cannon and Margaret Keefe
           Case No. 11-CR-226
           Judge Lynn Adelman

## RESPONSE TO SEPTEMBER 10, 2012 LETTER FROM VICTIM WITNESS SPECIALIST

Dear Judge Adelman:

I am writing this letter as attorney for victim Pedro Medellin in the above-referenced case. In that regard, I received a letter dated September 10, 2012, from Ms. Erin Morgan, a Victim Witness Specialist. Ms. Morgan's letter advised that Defendant Billy Cannon intends to enter a guilty plea on September 27, 2012 in the above referenced case. The above letter also advised that Mr. Medellin may appear and request to speak at the plea hearing. While I do not find it necessary to speak at the plea hearing, I would like to address the Court on behalf of Mr. Medellin regarding his renewed request for restitution.

By way of background, I also represent several individuals in civil matters that also involve Mr. Cannon and Ms. Keefe as perpetrators in real estate scams. My investigation, working in concert with law enforcement, has uncovered several other alleged perpetrators that are connected with Mr. Cannon and Ms. Keefe, who apparently have not been indicted and thus who I will not name.

With respect to the investigation into real estate fraud, several of my clients that reside in and out of state assisted in the investigation that moved the case at bar forward. One client traveled from Alaska and another traveled from Georgia to assist the special agents and special investigators. Some of my clients living within the state, prepared, and traveled to accommodate the special agents. In addition, I assisted the special investigators by traveling to Florida to attend a meeting with yet another client and victim of this elaborate fraud scheme. It is puzzling to me why these victims have not been notified- nor have I, with respect to their losses or their right to recover their losses.

To that extent, I think it is only proper that these victim's voices are also heard. The Crimes Unit of the IRS, the FBI and the US Attorney's office have all certainly relied upon the information provided by my clients and the information obtained from me to move their case forward. These clients are certainly victims of Cannon's and Keefe's wrong doing. As such neither Medellin nor these other clients/ victims have been compensated by the

named defendants for their losses and therefore would request restitution from the named defendants.

Sincerely,

Kimberly Powers
Attorney at Law

KAP/ds

cc: Nancy Joseph-Magistrate Judge
    James L. Santelle- US Attorney
    Lisa Westley- Assistant US Attorney
    Alicia Jones- Probation Officer
    Stephanie Mott- Probation Officer

Dear Judge Adelman,

My name is Pedro Medellin. I have asked my attorney Kim Powers to please read this letter I have wrote to you in court for me. I live at 1304 Danny Street Waukesha, WI 53186. I stay with my mother Lisa Gonzales and have lived with her my entire life. I have learning disabilities and have received accomodations and extra help all through schooling. About five years ago I applied for a job with Randy Long, who works with Billy Cannon and Peg Keefe. They used my information to put a house and loan under my name, which I did not know they were going to do nor do I give them permission to use my name or credit. They signed my name to papers and I saw documents my attorney showed me where they even misspelled my name and wrote my signature wrong.

Randy Long, Billy Cannon, and Peg Keefe have caused me alot of stress; I am frequently depressed, my hair fell out, I have trouble sleeping, have vomited, and have alot of trouble eating and sleeping all during these past couple years. I am in counseling because of this matter and have remained so. The first case was in court and the judge awarded me a judgement against them because of the fraud and bad things they did, but they did not pay any money to me. I would like them to pay for all awful things they did to me, and the harm they caused and money they cost me. I hope you will make them pay the judgement

that Judge Dimoto and Judge Brash have gave me.
I thank you very much for taking the time to listen
to my letter.

The house situation has truly affected my life ever since it occurred over five years ago. I have changed as a person so much that I have noticed and others around me have said I am now different. I feel I am more distrusting, guarded and lost faith in people. I cannot say I am bitter but I do not look at life the same. Enduring this situation has taken a major toll on me emotionally and mentally, I am completely drained. I noticed my hair thinning when the stress of the case evolved, now alot more of it is gone. I try not to think about this ordeal because it has been the worst part of my life, but I cannot avoid it thus my memory takes me back to that sad place I wish I could forget. The events that took place have made me very skeptic of meeting new people, which has affected friendships. Experiencing this has broken me as a person, a sense I may never regain. It is hard for me to find the good in people now because of what I endured. This situation has also taken a toll on my mother, no parent wants to see their child taken advantage of and suffering. I believe at times it became too much for her, so I would try to stay strong for her despite dealing with my own emotions. I find it difficult for me to write this because I am not trying to relive that dark period of my life again, so I will stop writing before this awful memory takes it's wear and tear on me again. Thank you for your time.

Sincerely,
Pedro Medellin

Mary Roberson
1304 W Juneau Ave
Milwaukee, WI 53233-1908
Ph. (414) 342-9047
September 20th, 2012
Reference: Billy Cannon and
　　　　　　Peg Keefe - 11 CR 226

Honorable Lynn Adelman
517 E. Wisconsin Ave.
Milwaukee, Wisconsin 53202

Dear Honorable Adelman;

 I, Mary Roberson, a victim of mortgage fraud, understand Billy Joe Cannon is pleading guilty to fraud and wire charges; (mortgage fraud) on September 27th, 2012. He and Peg Keefe (Loan closer) were indicted on mortgage fraud charges. They worked with Randey Long and Charlettra Johnson, Beverly Johnson and Tanya Ghee on their elaborate mortgage fraud scheme; that defrauded many people, including me.

 It was February 2006 when I first met Tanya Ghee and Charlettra Johnson; Tanya was employed at "The Mortgage Store", N 80 W14800 Appleton Ave., Menomonee Falls, WI 53051-Ph. 262-437-0555. Charlettra introduced my daughter and me to Tanya who explained and encouraged how my daughter could do well as a landlord since she was not finding a steady job. Where I fit in was I had an excellent credit score, and could help my daughter acquire the properties her name.

Tanya said after no more than one year my daughter would be able to stand on her own and I no longer would be owner of the purchased properties. Well much to my dismay Charlettra was finding and presenting property after property until there were eight total. Many of the signatures were not mine, there were falsified addresses that I was supposed to have lived, my income was listed much more than the true amount. My daughter had most of the properties rented others not, plus they all needed repairs before and after they were rented. So being that I'm widowed, retired and owning my own home (which then was paid for) I could not continue helping with the other mortgages. After less than one year I had to let the properties fore-close. Until this day I am denied credit, this I never experienced before this ordeal. I now have a second mortgage on my home (1304 W Juneau Ave) and making high monthly payments.

    I have asked Attorney Kimberly Powers to read my letter this day (September 27th, 2012) in your court hoping to get awarded with restitution of my credit. Thank you for this opportunity to speak of the wrong that was done to me.

                                        Sincerely yours  
                                        Mary R. Roberson

9/25/12
Honorable Lynn Adelman
517 E. Wisconsin Ave
Milwaukee WI 53202

Re: Billy Cannon SR and Peg Keefe Case NO 11 CR 226

Dear Judge Lynn Adelman,


My name is Alisia Flores, I am a victim of Cannon, Long, and Keefes mortgage fraud scheme, I have ask my attorney Kimberly Powers to present and read this letter to court on my behalf. I currently reside in Atlanta georgia with my three children. I was introduce to Billy Cannon through one of my family members, he was contractor that work on some properties of my family. He was a well trust individual that had his own business and soon began to earn my trust. At the time I was already a successful homeowner and was looking to purchase another property. Billy assured me that his company Allied Associate will help me through my process, This is where all the damages began to start. They had access to my identification card, my social security number, and even a copy of my signature. No words can describe the damages these individuals have done to me. My credit structure has been destroy with a negative impact that I will have to live with for the rest of my life. License Companies are supposed to protect you and secure from situations like this. Each individual are required certain procedures and steps to become license. These individuals used their license and knowledge to defraud me and many others. Its a hard realization to understand, never once did I ever think I would be a victim of a mortgage fraud scheme. Over the years I have been rejected from getting standard credit cards, loan assistance for a vehicle, and even denied for opening a bank account. Applying for a mortgage is automatically denied. My credit went from excellent to poor within a matter of months, never once did these individuals think about the impact they will cause on my life. Instead they used my identity for there financial benefits by opening mortgages in my name, receiving checks from these properties, and forging my name to receive payouts. Over the years, I have spent trying to rebuild my life and get my credit back together has been very challenging. Its been a long road for me and my children as we had to scarf ice our living arrangements by living in a one bedroom apartment because of this. I don't thin k these people understand how it feels to have nothing, and yes I do believe these individuals should compensate me for the damages that they have done. As a result there mortgage fraud scheme left me with numerous amounts of bills from Property taxes, water bills, city fees and even legal fees Left alone my credit being destroy. Finally their mortgage fraud scheme has came to an end and justice will be serve. I will continue to be strong and slowly reconstruct my life from the damages these individuals have done to me. I am asking that I be given award of restitution for the destruction they have cause my life in addition that all city code violations, and property taxes be dismissed and cleared.


Thank You

Alisia Flores

September 25, 2012
HONORABLE LYNN ADELMAN
517 E. WISCONSIN AVE
MILWAUKEE WI 53202

RE: BILLY CANNON SR AND PEG KEEFE CASE NO 11 CR 226

Dear Judge Adelman,

I am Stephanie Coon-Williams. I am a victim of the fraud and mortgage fraud schemes of Billy Joe Cannon SR, Peg Keefe, Beverly Johnson, Randez Long and the rest of the United Lending and Alledi Mortgage people who worked together to defraud trusting people like me. I have asked my attorney Kim Powers to read this in court on my behalf. I am currently living in Fairbanks Alaska where my husband is stationed as an active duty service man of the United States Army. When I met Billy Cannon, Randez Long, and Beverly Johnson I was working at Bank One in Milwaukee Wisconsin as a teller. They were customers of the bank and they all worked in the real estate and mortgage field. Cannon and his group earned my trust because I interacted with them on a regular basis—they knew I wanted to buy houses, fix them and rent them out. Cannon and his group told me that if I worked with them they promised I would have great credit and prosperity. Instead of the great credit and prosperity they promised me I ended up with run down houses with code violations, city fines, ruined credit and loans in my name that I didn't authorize. Billy Cannon, Peg Keefe, Randez Long and the rest of their group refinanced homes and didn't pay off the mortgages that I was liable for and it destroyed my credit. The properties they put in my name had code violations and because of the code violations the city of Milwaukee assessed fines I am now responsible for and the city issued warrants for my arrest on properties I didn't even know about. Cannon and his group got renters to rent the properties and collected the rents and kept the money. I trusted these people and as a result it cost me money, my credit and my marriage. This has prevented me from getting jobs because I need good credit to stay in the banking industry. My credit is so poor that I have now resorted to baby sitting jobs in order to help support my family. Additionally, because of all of this, my husband can not afford flight school. As a result of Cannons, Keefes, Longs, Johnson and the group's joint acts there has been a tremendous toll taken on my life and my family. I am asking that I be given an award of restitution for the harm they have caused me in addition to the complete restoration of my credit and that all city code violations be dismissed.

Thank you,

*Stephanie Williams*
Stephanie Williams