UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
Hon. Lynn Adelman, presiding

## COURT MINUTES

Date: 11/29/12
Dep. Clerk: JDeitrich
Ct. Rep: Heidi

Case No. 11 CR 226
United States v. Margaret Keefe
Proceeding: Status

Time Called: 10:35
Time Concl: 10:36

United States by: Lisa Wesley
Probation Officer:
Interpreter: ☐ Sworn

Defendant: ~~in person and~~ by Attorney Robert LeBell

---

Court sets case for status on 2/28/13 @ 10:30 & makes speedy trial finding.