UNITED STATES DISTRICT COURT
EASENTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                          Case No. 11-CR-226

MARGARET KEEFE,

        Defendant.

## ORDER

Upon the motion of the United States, and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure,

IT IS ORDERED that the United States is granted leave to dismiss the indictment in the above-captioned case.

Dated at Milwaukee, Wisconsin, this 21st day of March, 2013.

s/ Lynn Adelman

_____
LYNN ADELMAN
United States District Judge